

**KATHLEEN JENNINGS**
ATTORNEY GENERAL

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX: (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX: (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX: (302) 577-6499

November 7, 2023

Murray Hall, III
SBI #00924483
Sussex Correctional Institution
Medium Tier D
P.O. Box 500
Georgetown, DE 19947

Re: <u>Watching Discovery Video in *Murray Hall, III v. Rodney Hudson (22-0956-GBW)*</u>

Dear Mr. Hall,

As you know, I represent Sergeant Rodney Hudson in the above-referenced matter. On October 30, 2023, *Defendant's Responses to Plaintiff's Request for Production of Documents* was filed with the Court (D.I. 27). In my first response, I indicated that you would be permitted to view the responsive video footage, DOC000042 and DOC000043 (the "video") in Sussex Correctional Institution's ("SCI") law library. On November 7, 2023, I updated my first response to indicate that the location would be in SCI generally (D.I. 28).

I was informed today that you were permitted to view the video in SCI yesterday, November 6, 2023, and you viewed the video in the morning. If you wish to view the video again, please write a letter to Deputy Warden Wise requesting to watch the video. You will need to write a letter to Deputy Warden Wise each time you wish to watch the video.

Respectfully,

Zachary S. Stirparo (#6928)
Deputy Attorney General