

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

**KATHLEEN JENNINGS**
ATTORNEY GENERAL

CIVIL DIVISION (302) 577-8400
FAX: (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX: (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX: (302) 577-6499

January 8, 2024

Murray Hall, III
SBI #00924483
Sussex Correctional Institution
Medium Tier D
P.O. Box 500
Georgetown, DE 19947

Re: <u>Settlement Offer in *Murray Hall, III v. Rodney Hudson (22-0956-GBW)*</u>

Dear Mr. Hall,

As you know, I represent Sergeant Rodney Hudson in the above-referenced matter. I received your December 25, 2023 offer to settle this matter today. I have presented your offer to my client. The Delaware Department of Correction is not interested in settlement at this time and has declined your offer.

Respectfully,

*[signature]*
Zachary S. Stirparo (#6928)
Deputy Attorney General

cc (*via email*): Sgt. Rodney Hudson